# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY PAUL VIOLETTE,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No. 4:20-40076-TSH
    )
MR. MASSOUH,    )
    )
    Defendant.    )
    )

## DECLARATION OF CHERYL MAGNUSSON, LEGAL ASSISTANT

I, CHERYL MAGNUSSON, hereby make the following declaration:

1.    I am employed by the Federal Bureau of Prisons ("BOP") as a Legal Assistant at the Consolidated Legal Center located at the Federal Medical Center, Devens, Massachusetts ("FMC Devens"). I have held this position since October 2003.

2.    In order to perform my official duties as a Legal Assistant I have access to records regarding federal prisoners maintained in the ordinary course of business in the BOP. This information includes, but is not limited to, Inmate Central Files, Judgment and Commitment files, disciplinary records, and computerized records maintained in the Bureau of Prisons computerized data base, SENTRY.

3.    I am aware inmate Gregory P. Violette, Federal Reg. No. 10420-036, ("Violette"), has filed the above-captioned civil action against a BOP staff member alleging he was sexually assaulted in December 2019, while he was designated to the FMC Devens Prison Camp.

4.    Violette was a federal inmate recently released from BOP custody on or about February 1, 2021, after completing a 27 month sentence for a Supervised Release Violation on Fraud and False Statement offenses out of the District of Maine.1 A true and accurate copy of Violette's Sentence Monitoring Computation Data is attached as **Exhibit A**.

5.    During the course of his multiple incarcerations between 2001 and 2020, Violette was designated to and housed at several BOP facilities. A true and accurate copy of Violette's

---

1 It should be noted Violette's most recent sentence computation followed several modified sentencing orders and supervised release violations dating back to November of 2000. See **Exhibit A**, pp. 3-13.

Inmate Admission/Release History is attached as **Exhibit B**. Relevant to the matter before this Court, Violette was designated to FMC Devens between May 10, 2019 and May 14, 2020. See **Exhibit B**, p.1. He was released from FMC Devens via unescorted furlough transfer on May 14, 2020 to a pre-release placement on Home Confinement at that time. See **Exhibit B**, p.1. Plaintiff completed his sentence on February 1, 2021, after reaching his Good Conduct Time Release Date. See **Exhibit A**, p.2; **Exhibit B**, p.1.

## ADMINISTRATIVE REMEDY HISTORY

6.      As a Legal Assistant, I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which contains a record of all the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim properly filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

7.      The BOP has established an administrative remedy procedure whereby inmates can seek formal review of any complaint regarding any aspect of their imprisonment. The BOP's Administrative Remedy Program is administered through PS 1330.18 Administrative Remedy Program. Petitioner had available to him the procedures set forth in the BOP's Administrative Remedy Program. See also 28 C.F.R. § 542, Subpart B. The BOP regulations provide a process through which inmates may "seek formal review of an issue relating to any aspect of his/her own confinement." 28 C.F.R. § 542.10(a). This would include allegations of a sexual assault or staff misconduct.

8.      In accordance with the BOP's Administrative Remedy Program, an inmate shall first attempt informal resolution of his complaint by presenting the issue informally to staff, and staff must attempt to resolve the issue. See 28 C.F.R. § 542.13(a). If the complaint cannot be resolved informally, the inmate may submit a formal written Administrative Remedy Request to the Warden, on a designated form, within twenty days of the event that triggered the inmate's complaint.2  28 C.F.R. § 542.14(a). If the inmate's formal request is denied, the inmate may submit an appeal to the appropriate Regional Director of the BOP, within twenty calendar days of the date of the Warden signed the response. 28 C.F.R. § 542.15(a). A negative decision from the Regional Director may in turn be appealed to the General Counsel's Office (in the Central Office) within thirty calendar days of the date the Regional Director signed the response. Id. Issues not raised in lower

---

2 It should be noted that the BOP's Administrative Remedy Program permits the delay in filing Administrative Remedy submissions under the Prison Rape Elimination Act (PREA), such that administrative remedies regarding an allegation of sexual abuse shall not be rejected as untimely if it exceeds the 20 day timeline as required by the regulation and policy. Additionally, inmates are not required to attempt informal resolution regarding allegations of sexual abuse. 28 C.F.R. §115.52.

level filings cannot be raised on appeal. 28 C.F.R. § 542.15(b)(2). No administrative remedy appeal is considered to have been fully exhausted until considered by the Bureau of Prisons' Central Office. 28 C.F.R. §§ 542.14-542.15.

9.     In the context of an inmate housed in the community, through a Residential Reentry Center or in Home Confinement, the BOP's Administrative Remedy Program provides for the processing of Administrative Remedy Requests and Appeals through the Residential Reentry Manager's ("RRM") Office. The regulations specifically address this wherein they provide that this Administrative Remedy Program applies "to inmates designated to contract Community Corrections Centers (CCCs) under Bureau of Prisons responsibility" wherein the Community Corrections Manager (CCM) is responsible for the program at CCCs. 28 C.F.R. §542.10, 1(b); §542.11, (a).

10.    Violette was in the custody of the BOP during his time on Home Confinement between May 14, 2020 and February 1, 2021, where Administrative Remedy Requests and Appeals would be processed through the RRM's Office. See **Exhibit B**.

11.    On March 23, 2021, I ran a SENTRY search to determine if Plaintiff Gregory P. Violette, Reg. No. 10420-036, had filed any Administrative Remedy submissions on the issue before this Court with regard to his allegations of a sexual assault or staff misconduct in December of 2019, at all three required levels of the BOP's Administrative Remedy Program. Review of his Administrative Remedy Record reveals that while Violette was familiar with the BOP's Administrative Remedy Program and had filed 20 remedy submissions between 2016 and 2020, not a single remedy submission had been filed at any level addressing allegations of a sexual assault or staff misconduct. A true and accurate copy of Petitioner's Administrative Remedy Generalized Retrieval History is attached as **Exhibit C**.

12.    At the time Violette filed the Complaint presently before this Court in June of 2020, he remained in BOP custody on Home Confinement, until completion of his sentence on February 1, 2021, and was subject to and had available to him the BOP's Administrative Remedy Program. See **Exhibit B**. Plaintiff had not raised this issue within the BOP's Administrative Remedy Program prior to filing his Complaint with this Court in June 2020, and has thus failed to properly and timely exhaust the issue of an alleged assault or staff misconduct as raised in this Complaint.

13.    Attached hereto please find true and accurate copies of the following documents:

   A.     Sentence Monitoring Computation Data, (**Exhibit A**);

   B.     Inmate Admission/Release History, (**Exhibit B**);

C.      Administrative Remedy Generalized Retrieval History, (**Exhibit C**).

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 23rd day of March, 2021.

Cheryl Magnusson
Legal Assistant
Consolidated Legal Center-Devens

# EXHIBIT A

```
DEVPX  540*23  *          SENTENCE MONITORING          *    03-23-2021
PAGE 001        *          COMPUTATION DATA            *    13:52:19
                            AS OF 02-01-2021
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P

```
FBI NO...........: 435589NB1          DATE OF BIRTH: ████████ AGE: 65
ARS1.............: CPA/GCT REL
UNIT.............:                     QUARTERS.....:
DETAINERS........: NO                  NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 11-12-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 02-01-2021 VIA GCT REL


```
                  RELEASE AUDIT COMPLETED ON 01-03-2020 BY DSCC
-------------------------PRIOR JUDGMENT/WARRANT NO: 050 -----------------------
```

```
COURT OF JURISDICTION...........: MAINE
DOCKET NUMBER...................: 1:00-CR-26-001
JUDGE...........................: SINGAL
DATE SENTENCED/PROBATION IMPOSED: 10-30-2002
DATE SUPERVISION REVOKED........: 04-16-2019
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 05-10-2019
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $2,000.00       $00.00          $00.00        $00.00
```

RESTITUTION...:   PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $422,657.89

```
-------------------------PRIOR OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  153      18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 1014, FALSE STATEMENT (COUNTS 9, 13 & 16.) SRT VIOL
```

```
 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:   27 MONTHS
 DATE OF OFFENSE................: 12-24-1991
```

G0002       MORE PAGES TO FOLLOW . . .

```
    DEVPX  540*23 *              SENTENCE MONITORING         *    03-23-2021
    PAGE 002        *            COMPUTATION DATA            *    13:52:19
                                 AS OF 02-01-2021
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


--------------------------PRIOR COMPUTATION NO: 050 --------------------------

COMPUTATION 050 WAS LAST UPDATED ON 01-03-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-03-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 050:   050 010

```
DATE COMPUTATION BEGAN..........: 04-16-2019
TOTAL TERM IN EFFECT............:   27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS        3 MONTHS
EARLIEST DATE OF OFFENSE........: 12-24-1991

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                    01-17-2019    01-17-2019
                                    03-05-2019    04-15-2019

TOTAL PRIOR CREDIT TIME.........: 43
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 121
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 02-01-2021
ELDERLY OFFENDER TWO THIRDS DATE: 09-02-2020
EXPIRATION FULL TERM DATE.......: 06-02-2021
TIME SERVED.....................:    1 YEARS     10 MONTHS      29 DAYS
PERCENTAGE OF FULL TERM SERVED..: 85.2
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 02-01-2021
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CPA
ACTUAL SATISFACTION KEYED BY....: MH

DAYS REMAINING..................: 121
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: 05-23-19 INITIAL COMP D/CMT
                11-15-19 FSA GCT UPDATE D/CT2.
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   DEVPX  540*23 *          SENTENCE MONITORING          *      03-23-2021
   PAGE 003        *          COMPUTATION DATA            *      13:52:19
                              AS OF 12-20-2016
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P

```
FBI NO...........: 435589NB1          DATE OF BIRTH: ▓▓▓▓▓▓▓ AGE:  65
ARS1.............: CPA/GCT REL
UNIT.............:                     QUARTERS.....:
DETAINERS........: NO                  NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 06-20-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-20-2016 VIA GCT REL

REMARKS........: RELEASE AUDIT COMPLETED ON 11-19-2015 BY DSCC
------------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: MAINE
DOCKET NUMBER...................: 1:00-CR-26-B-S
JUDGE..........................: SINGAL
DATE SENTENCED/PROBATION IMPOSED: 10-30-2002
DATE COMMITTED..................: 12-09-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $2,000.00       $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $422,657.89

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 153     18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 1343, FALSE STATEMENT (CTS 44 & 76).

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
TERM OF SUPERVISION............:    5 YEARS
NEW SENTENCE IMPOSED...........:  105 MONTHS
BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: CC 020/COMP 030
DATE OF OFFENSE................: 07-31-1996
```

G0002       MORE PAGES TO FOLLOW . . .

```
    DEVPX  540*23  *          SENTENCE MONITORING        *      03-23-2021
    PAGE 004        *          COMPUTATION DATA           *      13:52:19
                                 AS OF 12-20-2016
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


```
------------------------PRIOR OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 150     FRAUD POSTAL
OFF/CHG: 18 USC 1343, MAIL FRAUD ( CT 1); 18 USC 1341, MAIL FRAUD
        (CTS 4, 32, 56 & 89).

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO ALL
  DATE OF OFFENSE................: 05-31-1996

------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-11-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-11-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010, 020 020

DATE COMPUTATION BEGAN..........: 10-30-2002
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   105 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 05-31-1996

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   05-24-2000    05-24-2000
                                   01-08-2001    03-30-2001

INOPERATIVE TIME.........: REASON  FROM DATE     THRU DATE
                           OTHER   12-02-2008    09-01-2015
```


```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVPX  540*23 *            SENTENCE MONITORING           *      03-23-2021
PAGE 005          *            COMPUTATION DATA             *      13:52:19
                                AS OF 12-20-2016
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


```
TOTAL PRIOR CREDIT TIME.........: 83
TOTAL INOPERATIVE TIME..........: 2465
TOTAL GCT EARNED AND PROJECTED..: 411
TOTAL GCT EARNED................: 411
STATUTORY RELEASE DATE PROJECTED: 12-20-2016
ELDERLY OFFENDER TWO THIRDS DATE: 12-06-2012
EXPIRATION FULL TERM DATE.......: 02-04-2018
TIME SERVED.....................:      7 YEARS      7 MONTHS      15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 87.1
PERCENT OF STATUTORY TERM SERVED: 100.0


ACTUAL SATISFACTION DATE........: 12-20-2016
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CPA
ACTUAL SATISFACTION KEYED BY....: MH


DAYS REMAINING..................: 411
FINAL PUBLIC LAW DAYS...........: 0
```

```
         09-11-15: RESENTENCED ON ORIGINAL CASE PURSUANT TO 18:3614
```

```
G0002         MORE PAGES TO FOLLOW . . .
```

```
   DEVPX  540*23  *         SENTENCE MONITORING          *      03-23-2021
PAGE 006        *           COMPUTATION DATA            *      13:52:19
                            AS OF 12-20-2016

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


FBI NO...........: 435589NB1          DATE OF BIRTH: ███████████ AGE:  65
ARS1.............: CPA/GCT REL
UNIT.............:                     QUARTERS.....:
DETAINERS........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 06-20-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-20-2016 VIA GCT REL

REMARKS........: RELEASE AUDIT COMPLETED ON 11-19-2015 BY DSCC
-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: MAINE
DOCKET NUMBER...................: 1:00-CR-26-B-S
JUDGE...........................: SINGAL
DATE SENTENCED/PROBATION IMPOSED: 10-30-2002
DATE COMMITTED..................: 12-09-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $2,000.00       $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT: $422,657.89

--------------------------PRIOR OBLIGATION NO: 030 --------------------------
OFFENSE CODE....:  153     18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 1014, FALSE STATEMENT (COUNTS 9, 13 & 16.

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  87 MONTHS
  TERM OF SUPERVISION............:  5 YEARS
  NEW SENTENCE IMPOSED...........:  105 MONTHS
  BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO ALL
  DATE OF OFFENSE................: 12-24-1991




G0002       MORE PAGES TO FOLLOW . . .
```

```
  DEVPX  540*23  *          SENTENCE MONITORING        *     03-23-2021
PAGE 007        *          COMPUTATION DATA           *     13:52:19
                           AS OF 12-20-2016
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


```
------------------------PRIOR OBLIGATION NO: 040 -------------------------
OFFENSE CODE....: 150      FRAUD POSTAL
OFF/CHG: 18 USC 1341, MAIL FRAUD(CTS 27 & 30).

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO ALL
  DATE OF OFFENSE................: 01-26-1994

------------------------PRIOR OBLIGATION NO: 050 -------------------------
OFFENSE CODE....: 153      18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 1014, FALSE STATEMENT (CTS 37, 43, 66 & 70); 18 USC 152
         BANKRUPTCY FRAUD (CT 54); 18 USC 1956(A)(1)(A)(I), MONEY
         LAUDERING (CTS 68 & 69); 18:1957 MONEY LAUDERING (CT 74)

  SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  NEW SENTENCE IMPOSED...........:  105 MONTHS
  BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC 010/020, COMP 020
  DATE OF OFFENSE................: 09-21-1994

------------------------PRIOR JUDGMENT/WARRANT NO: 040 -------------------

  COURT OF JURISDICTION..........: MAINE
  DOCKET NUMBER..................: 1:00-CR-26-001
  JUDGE..........................: SINGAL
  DATE SENTENCED/PROBATION IMPOSED: 10-30-2002
  DATE SUPERVISION REVOKED.......: 07-13-2015
  TYPE OF SUPERVISION REVOKED....: REG
  DATE COMMITTED.................: 09-15-2015
  HOW COMMITTED..................: COMMIT OF SUPERVISED REL VIOL
  PROBATION IMPOSED..............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
  NON-COMMITTED.: $2,000.00      $00.00         $00.00       $00.00




G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVPX  540*23 *          SENTENCE MONITORING         *      03-23-2021
PAGE 008        *          COMPUTATION DATA           *      13:52:19
                            AS OF 12-20-2016
```

REGNO..: 10420-036  NAME: VIOLETTE, GREGORY P


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO           AMOUNT:  $422,657.89

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  153    18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 1014, FALSE STATEMENT (COUNTS 9, 13 & 16.) SRT VIOL

  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
  SENTENCE IMPOSED/TIME TO SERVE.:    18 MONTHS
  TERM OF SUPERVISION............:    2 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO SJW 020
  DATE OF OFFENSE................: 12-24-1991

-------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 09-11-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-11-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:    020 030, 020 040, 020 050, 040 010

DATE COMPUTATION BEGAN..........: 10-30-2002
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 SRA / VCCLEA NON-VIOL
TOTAL TERM IN EFFECT............:    105 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS       9 MONTHS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 12-24-1991

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   05-24-2000   05-24-2000
                                   01-08-2001   03-30-2001

INOPERATIVE TIME.........: REASON  FROM DATE    THRU DATE
                           OTHER   12-02-2008   09-01-2015
```

G0002       MORE PAGES TO FOLLOW . . .

```
   DEVPX  540*23 *              SENTENCE MONITORING           *      03-23-2021
PAGE 009          *              COMPUTATION DATA             *      13:52:19
                                 AS OF 12-20-2016
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


```
TOTAL PRIOR CREDIT TIME.........: 83
TOTAL INOPERATIVE TIME..........: 2465
TOTAL GCT EARNED AND PROJECTED..: 411
TOTAL GCT EARNED................: 411
STATUTORY RELEASE DATE PROJECTED: 12-20-2016
ELDERLY OFFENDER TWO THIRDS DATE: 12-06-2012
EXPIRATION FULL TERM DATE.......: 02-04-2018
TIME SERVED.....................:     7 YEARS     7 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 87.1
PERCENT OF STATUTORY TERM SERVED: 100.0


ACTUAL SATISFACTION DATE........: 12-20-2016
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CPA
ACTUAL SATISFACTION KEYED BY....: MH


DAYS REMAINING..................: 411
FINAL PUBLIC LAW DAYS...........: 0
```

```
              09-11-15: RESENTENCED ON ORIGINAL CASE PURSUANT TO 18:3614 AND
              NEW VIOLATION SENTENCE AGGRAGATED.
```

G0002        MORE PAGES TO FOLLOW . . .

```
    DEVPX  540*23 *            SENTENCE MONITORING         *      03-23-2021
PAGE 010         *            COMPUTATION DATA            *      13:52:19
                              AS OF 10-06-2014
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


FBI NO...........: 435589NB1            DATE OF BIRTH: ███████ AGE:  65
ARS1.............: CPA/GCT REL
UNIT.............:                      QUARTERS.....:
DETAINERS........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-07-2014

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-06-2014 VIA FT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: MAINE
DOCKET NUMBER...................: 1-00-CR-00026-001
JUDGE...........................: SINGAL
DATE SENTENCED/PROBATION IMPOSED: 10-30-2002
DATE SUPERVISION REVOKED........: 03-03-2014
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 03-18-2014
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $2,000.00     $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $422,657.89

-----------------------PRIOR OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 153     18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 1014, FALSE STATEMENT (COUNTS 9, 13 & 16.) SRT VIOL

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:    10 MONTHS
 TERM OF SUPERVISION............:    36 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC 020/030, COMP 020
 DATE OF OFFENSE................: 12-24-1991


G0002       MORE PAGES TO FOLLOW . . .

```
   DEVPX  540*23 *            SENTENCE MONITORING        *      03-23-2021
PAGE 011          *          COMPUTATION DATA           *      13:52:19
                             AS OF 10-06-2014
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


-------------------------PRIOR COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 09-11-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-11-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:  030 010

```
DATE COMPUTATION BEGAN..........: 03-03-2014
TOTAL TERM IN EFFECT............:   10 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 MONTHS
EARLIEST DATE OF OFFENSE........: 12-24-1991

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    12-05-2013     03-02-2014

TOTAL PRIOR CREDIT TIME.........: 88
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-06-2014
ELDERLY OFFENDER TWO THIRDS DATE: 06-27-2014
EXPIRATION FULL TERM DATE.......: 10-06-2014
TIME SERVED.....................:    10 MONTHS      2 DAYS
PERCENTAGE OF FULL TERM SERVED..: 100.0
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 10-06-2014
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: DSC
ACTUAL SATISFACTION KEYED BY....: NFP

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0
```

                    3-10-14 COMP ENTERED. KPH/D.
                    03-13-14: FINAL AUDIT. RTJ/D




G0002         MORE PAGES TO FOLLOW . . .

```
     DEVPX  540*23 *             SENTENCE MONITORING            *    03-23-2021
     PAGE 012        *           COMPUTATION DATA               *    13:52:19
                                 AS OF 02-21-2001
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


```
FBI NO...........: 435589NB1          DATE OF BIRTH: ██████████ AGE:  65
ARS1.............: CPA/GCT REL
UNIT.............:                     QUARTERS.....:
DETAINERS........: NO                  NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 02-21-2001 VIA STDY CMPLT

------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: MAINE
DOCKET NUMBER...................: 00-26-B-S
JUDGE...........................: KRAVCHUK
DATE SENTENCED/PROBATION IMPOSED: 11-14-2000
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 01-08-2001
HOW COMMITTED...................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  153     18:286,371 FRAUD, OTHER
OFF/CHG: STUDY CASE. UNDERLYING: BANKRUPTCY FRAUD

```
SENTENCE PROCEDURE.............: 4242 DETERM EXISTENCE OF INSANITY
SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
STUDY LENGTH...................:    45 DAYS
DATE OF OFFENSE................: 05-24-2000
```

G0002        MORE PAGES TO FOLLOW . . .

```
    DEVPX   540*23 *            SENTENCE MONITORING        *      03-23-2021
    PAGE 013 OF 013 *            COMPUTATION DATA           *      13:52:19
                                AS OF 02-21-2001
```

REGNO..: 10420-036 NAME: VIOLETTE, GREGORY P


-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-10-2001 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 01-08-2001
TOTAL TERM IN EFFECT............:    45 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    1 MONTHS    14 DAYS
EARLIEST DATE OF OFFENSE........: 05-24-2000

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: N/A
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
EXPIRATION FULL TERM DATE.......: 02-21-2001

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 02-21-2001
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: DEV
ACTUAL SATISFACTION KEYED BY....: AXA

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0

                    DEFENDANT SELF SURRENDERED TO FMC DEVENS, MA. ON 01-08-2001.


S0039       ALL CURRENT COMPS ARE SATISFIED

# EXHIBIT B

```
DEVPX  531.01 *              INMATE HISTORY            *      03-23-2021
PAGE 001        *              ADM-REL                  *      13:54:19

REG NO..: 10420-036 NAME....: VIOLETTE, GREGORY P
CATEGORY: ARS        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| CPA | GCT REL | GOOD CONDUCT TIME REL (CCCA) | 02-01-2021 0810 | CURRENT |
| CPA | A-HC SENT | HOME CONFINEMENT-SENTENCED | 10-12-2020 0800 | 02-01-2021 0810 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-12-2020 0800 | 10-12-2020 0800 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-12-2020 0758 | 10-12-2020 0800 |
| CPA | TRANSFER | TRANSFER | 10-12-2020 0758 | 10-12-2020 0758 |
| CPA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-28-2020 1249 | 10-12-2020 0758 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-28-2020 1249 | 09-28-2020 1249 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-28-2020 1247 | 09-28-2020 1249 |
| CPA | TRANSFER | TRANSFER | 09-28-2020 1247 | 09-28-2020 1247 |
| CPA | A-HC SENT | HOME CONFINEMENT-SENTENCED | 08-08-2020 1209 | 09-28-2020 1247 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-08-2020 1209 | 08-08-2020 1209 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-08-2020 1207 | 08-08-2020 1209 |
| CPA | TRANSFER | TRANSFER | 08-08-2020 1207 | 08-08-2020 1207 |
| CPA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-29-2020 1333 | 08-08-2020 1207 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-29-2020 1333 | 07-29-2020 1333 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-29-2020 1331 | 07-29-2020 1333 |
| CPA | TRANSFER | TRANSFER | 07-29-2020 1331 | 07-29-2020 1331 |
| CPA | A-HC SENT | HOME CONFINEMENT-SENTENCED | 07-17-2020 1022 | 07-29-2020 1331 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-17-2020 1022 | 07-17-2020 1022 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-17-2020 1020 | 07-17-2020 1022 |
| CPA | TRANSFER | TRANSFER | 07-17-2020 1020 | 07-17-2020 1020 |
| CPA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-15-2020 1822 | 07-17-2020 1020 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-15-2020 1822 | 07-15-2020 1822 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-15-2020 1820 | 07-15-2020 1822 |
| CPA | TRANSFER | TRANSFER | 07-15-2020 1820 | 07-15-2020 1820 |
| CPA | A-HC SENT | HOME CONFINEMENT-SENTENCED | 05-14-2020 1158 | 07-15-2020 1820 |
| 1-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-14-2020 1158 | 05-14-2020 1158 |
| 1-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-14-2020 1156 | 05-14-2020 1158 |
| CPA | TRANSFER | TRANSFER | 05-14-2020 1156 | 05-14-2020 1156 |
| CPA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-14-2020 1154 | 05-14-2020 1156 |
| 7-F | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-14-2020 1154 | 05-14-2020 1154 |
| 7-F | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-14-2020 0804 | 05-14-2020 1154 |
| DEV | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 05-14-2020 0804 | 05-14-2020 0804 |
| DEV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-10-2019 0748 | 05-14-2020 0804 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-10-2019 0748 | 05-10-2019 0748 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-10-2019 1103 | 05-10-2019 0748 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 04-30-2019 1003 | 04-30-2019 1003 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 04-30-2019 0927 | 04-30-2019 1003 |
| CPA | GCT REL | GOOD CONDUCT TIME RELEASE | 12-20-2016 0801 | 04-30-2019 0927 |
| CPA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-29-2016 2250 | 12-20-2016 0801 |
| 5-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-29-2016 2250 | 09-29-2016 2250 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   DEVPX  531.01 *              INMATE HISTORY            *      03-23-2021
PAGE 002        *                ADM-REL                 *      13:54:19

REG NO..: 10420-036 NAME....: VIOLETTE, GREGORY P
CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
5-L   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-29-2016 0812 09-29-2016 2250
FTD   FURL TRANS FURL W/UNESCORTED TRF TO A CCC 09-29-2016 0812 09-29-2016 0812
FTD   A-DES      DESIGNATED, AT ASSIGNED FACIL 09-15-2015 1526 09-29-2016 0812
B15   RELEASE    RELEASED FROM IN-TRANSIT FACL 09-15-2015 1526 09-15-2015 1526
B15   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-15-2015 1336 09-15-2015 1526
BRO   HLD REMOVE HOLDOVER REMOVED             09-15-2015 1336 09-15-2015 1336
BRO   A-HLD      HOLDOVER, TEMPORARILY HOUSED  09-11-2015 1943 09-15-2015 1336
9-L   RELEASE    RELEASED FROM IN-TRANSIT FACL 09-11-2015 1943 09-11-2015 1943
9-L   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-28-2015 1820 09-11-2015 1943
DSC   ADMIN REL  ADMINISTRATIVE RELEASE        08-28-2015 1720 08-28-2015 1720
DSC   A-ADMIN    ADMINISTRATIVE ADMISSION      08-26-2015 1037 08-28-2015 1720
FTD   FT REL     FULL TERM RELEASE             10-06-2014 0630 08-26-2015 1037
FTD   A-DES      DESIGNATED, AT ASSIGNED FACIL 03-18-2014 1515 10-06-2014 0630
B15   RELEASE    RELEASED FROM IN-TRANSIT FACL 03-18-2014 1515 03-18-2014 1515
B15   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-18-2014 1418 03-18-2014 1515
BRO   HLD REMOVE HOLDOVER REMOVED             03-18-2014 1418 03-18-2014 1418
BRO   A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-14-2014 1526 03-18-2014 1418
9-L   RELEASE    RELEASED FROM IN-TRANSIT FACL 03-14-2014 1526 03-14-2014 1526
9-L   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-07-2014 1327 03-14-2014 1526
DSC   ADMIN REL  ADMINISTRATIVE RELEASE        03-07-2014 1227 03-07-2014 1227
DSC   A-ADMIN    ADMINISTRATIVE ADMISSION      03-07-2014 1209 03-07-2014 1227
CPA   GCT REL    GOOD CONDUCT TIME RELEASE     12-01-2008 1110 03-07-2014 1209
CPA   A-HC SENT  HOME CONFINEMENT-SENTENCED    08-18-2008 0746 12-01-2008 1110
1-Z   RELEASE    RELEASED FROM IN-TRANSIT FACL 08-18-2008 0746 08-18-2008 0746
1-Z   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-2008 0744 08-18-2008 0746
CPA   TRANSFER   TRANSFER                      08-18-2008 0744 08-18-2008 0744
CPA   A-DES      DESIGNATED, AT ASSIGNED FACIL 06-05-2008 2010 08-18-2008 0744
8-C   RELEASE    RELEASED FROM IN-TRANSIT FACL 06-05-2008 2010 06-05-2008 2010
8-C   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-05-2008 0614 06-05-2008 2010
CAA   FURL TRANS FURL W/UNESCORTED TRF TO A CCC 06-05-2008 0614 06-05-2008 0614
CAA   A-DES      DESIGNATED, AT ASSIGNED FACIL 11-07-2006 0850 06-05-2008 0614
B24   RELEASE    RELEASED FROM IN-TRANSIT FACL 11-07-2006 0850 11-07-2006 0850
B24   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-07-2006 0527 11-07-2006 0850
LEW   HLD REMOVE HOLDOVER REMOVED             11-07-2006 0527 11-07-2006 0527
LEW   A-BOP HLD  HOLDOVER FOR INST TO INST TRF 11-01-2006 1246 11-07-2006 0527
5-R   RELEASE    RELEASED FROM IN-TRANSIT FACL 11-01-2006 1246 11-01-2006 1246
5-R   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-01-2006 1138 11-01-2006 1246
ALF   TRANSFER   TRANSFER                      11-01-2006 1138 11-01-2006 1138
ALF   A-DES      DESIGNATED, AT ASSIGNED FACIL 12-17-2002 0652 11-01-2006 1138
B01   RELEASE    RELEASED FROM IN-TRANSIT FACL 12-17-2002 0652 12-17-2002 0652
B01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-17-2002 0511 12-17-2002 0652

G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVPX  531.01 *                INMATE HISTORY           *      03-23-2021
PAGE 003 OF 003 *                 ADM-REL               *      13:54:19

REG NO..: 10420-036 NAME....: VIOLETTE, GREGORY P
CATEGORY: ARS         FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
LEW     HLD REMOVE  HOLDOVER REMOVED               12-17-2002 0511 12-17-2002 0511
LEW     A-BOP HLD   HOLDOVER FOR INST TO INST TRF  12-16-2002 1730 12-17-2002 0511
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL  12-16-2002 1730 12-16-2002 1730
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-16-2002 0945 12-16-2002 1730
SCH     TRANSFER    TRANSFER                       12-16-2002 0945 12-16-2002 0945
SCH     A-DES       DESIGNATED, AT ASSIGNED FACIL  12-09-2002 1040 12-16-2002 0945
A01     RELEASE     RELEASED FROM IN-TRANSIT FACL  12-09-2002 1040 12-09-2002 1040
A01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-09-2002 0809 12-09-2002 1040
LEW     HLD REMOVE  HOLDOVER REMOVED               12-09-2002 0809 12-09-2002 0809
LEW     A-HLD       HOLDOVER, TEMPORARILY HOUSED   12-04-2002 1159 12-09-2002 0809
B01     RELEASE     RELEASED FROM IN-TRANSIT FACL  12-04-2002 1159 12-04-2002 1159
B01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-04-2002 0750 12-04-2002 1159
BRO     HLD REMOVE  HOLDOVER REMOVED               12-04-2002 0750 12-04-2002 0750
BRO     A-HLD       HOLDOVER, TEMPORARILY HOUSED   11-20-2002 1859 12-04-2002 0750
0-P     RELEASE     RELEASED FROM IN-TRANSIT FACL  11-20-2002 1859 11-20-2002 1859
0-P     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-13-2002 1049 11-20-2002 1859
CBN     ADMIN REL   ADMINISTRATIVE RELEASE         11-13-2002 1049 11-13-2002 1049
CBN     A-ADMIN     ADMINISTRATIVE ADMISSION       11-13-2002 1040 11-13-2002 1049
DEV     PRE REMOVE  PRE SENT DETAINEE REMOVED      03-30-2001 1313 11-13-2002 1040
DEV     A-PRE       PRE-SENT ADMIT, ADULT          02-21-2001 0801 03-30-2001 1313
DEV     STDY CMPLT  STUDY AND OBS COMPLETED        02-21-2001 0800 02-21-2001 0801
DEV     A-DES       DESIGNATED, AT ASSIGNED FACIL  01-08-2001 1846 02-21-2001 0800
0-P     RELEASE     RELEASED FROM IN-TRANSIT FACL  01-08-2001 1846 01-08-2001 1846
0-P     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-15-2000 1519 01-08-2001 1846
CBN     ADMIN REL   ADMINISTRATIVE RELEASE         11-15-2000 1519 11-15-2000 1519
CBN     A-ADMIN     ADMINISTRATIVE ADMISSION       11-15-2000 1513 11-15-2000 1519




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT C

```
      DEVPX        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        03-23-2021
      PAGE 001 OF                                                        13:52:58
            FUNCTION: L-P SCOPE: REG   EQ 10420-036    OUTPUT FORMAT: SAN
      -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
      DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
      DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ____ DAYS AFTER DT RDU
      DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ___ TO ____ DAYS AFTER DT TRT
      STS/REAS:  _____ _____ _____ _____ _____ _____ _____ _____
      SUBJECTS:  _____ ____ ____ _____ _____ ____ ____ _____ _____ _____
      EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
      RCV  OFC : EQ _____      ____     ____     ____     ____     ____
      TRACK:  DEPT: _____    ____     _____  _____  _____  _____
             PERSON: ____      ____     _____  ____      ____      ____
               TYPE: ____      ____     ____      ____      ____      ____
      EVNT FACL: EQ ____       ____     ____      ____      ____      ____
      RCV FACL.: EQ ____       ____     ____      ____      ____      ____
      RCV UN/LC: EQ _____    ____     ____      ____      ____      ____
      RCV QTR..: EQ _____    _____  _____  _____  _____  _____
      ORIG FACL: EQ _____    ____     ____      ____      ____      _____
      ORG UN/LC: EQ _____    ____     _____  _____  ____       _____
      ORIG QTR.: EQ _____   .        _____  _____  _____  _____
```

```
      G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVPX              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    03-23-2021
PAGE 002 OF        *                SANITIZED FORMAT              *    13:52:58

REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
             RCV-OFC    RCV-FACL     DATE-RCV      STATUS      STATUS-DATE

869578-R1    25ZM/       STAFF DO NOT KEEP BUILDING IN PROPER CONDITION
             NER         FTD        07-18-2016      REJ        07-19-2016

869804-F1    25CM/       ALLEGES 12 MAN ROOM IS OVER RATED CAPACITY
             FTD         FTD        07-21-2016      REJ        07-21-2016

869804-R1    25CM/       ALLEGES 12 MAN ROOM IS OVER RATED CAPACITY
             NER         FTD        08-01-2016      REJ        08-02-2016

869578-A1    25ZM/       STAFF DO NOT KEEP BUILDING IN PROPER CONDITION
             BOP         FTD        08-02-2016      REJ        08-24-2016

869804-A1    25CM/       ALLEGES 12 MAN ROOM IS OVER RATED CAPACITY
             BOP         FTD        08-22-2016      REJ        09-14-2016

876025-F1    25DM/       BLDG 5751 IS A HEALTH RISK
             FTD         FTD        09-15-2016      CLO        09-28-2016

876025-R1    25DM/       BLDG 5751 IS A HEALTH RISK
             NER         CPA        10-26-2016      REJ        10-27-2016

876025-R2    25DM/       BLDG 5751 IS A HEALTH RISK
             NER         CPA        11-07-2016      CLD        12-05-2016

876025-A1    25DM/       BLDG 5751 IS A HEALTH RISK
             BOP         CPA        12-19-2016      CLO        03-07-2017

869804-R2    25CM/       ALLEGES 12 MAN ROOM IS OVER RATED CAPACITY
             NER         CPA        02-07-2017      REJ        02-08-2017

869804-R3    25CM/       ALLEGES 12 MAN ROOM IS OVER RATED CAPACITY
             NER         CPA        03-17-2017      REJ        03-20-2017

869804-A2    25CM/       ALLEGES 12 MAN ROOM IS OVER RATED CAPACITY
             BOP         CPA        04-10-2017      REJ        04-21-2017

987902-F1    25CM/       COMPLAINS ABOUT A LETTER POSTED ON APRIL 18
             DEV         DEV        08-15-2019      VOD        08-19-2019

987904-F1    25CM/       MEMO DTD APRIL 18, 2019 STATING WATER IS UNSANITARY
             DEV         DEV        08-15-2019      REJ        08-19-2019

988061-F1    25CM/       SHOULD RECEIVED BOTTLED WATER/CONTAMINANTS
             DEV         DEV        08-19-2019      CLD        08-27-2019

987904-R1    25CM/       MEMO DTD APRIL 18, 2019 STATING WATER IS UNSANITARY
             NER         DEV        09-03-2019      REJ        09-05-2019


G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVPX           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-23-2021
PAGE 003 OF 003 *                SANITIZED FORMAT              *      13:52:58

REMEDY-ID      SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
               RCV-OFC      RCV-FACL      DATE-RCV      STATUS      STATUS-DATE

988061-R1      25CM/        SHOULD RECEIVED BOTTLED WATER/CONTAMINANTS
               NER          DEV          09-09-2019     CLO         11-25-2019

987904-A1      25CM/        MEMO DTD APRIL 18, 2019 STATING WATER IS UNSANITARY
               BOP          DEV          10-01-2019     REJ         10-16-2019

988061-A1      25CM/        SHOULD RECEIVED BOTTLED WATER/CONTAMINANTS
               BOP          DEV          12-27-2019     REJ         01-09-2020

988061-A2      25CM/        CLAIMS DRINKING WATER CONTAINS CHEMICALS/CONTAMINANT
               BOP          DEV          02-03-2020     CLD         03-20-2020
```

```
                    20 REMEDY SUBMISSION(S) SELECTED
       G0000        TRANSACTION SUCCESSFULLY COMPLETED
```